IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TAMRA HICKS**,

**Plaintiff,**

v.

**BAYER CORPORATION, et al.,**

**Defendants.**  **No. 09-0602-DRH**

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiff's motion to consolidate instant action for purposes of discovery with companion case (Doc. 6). Specifically, Plaintiff moves to consolidate the discovery with ***Hill v. Bayer Corp., et al., 09-0567-DRH***. Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **CONSOLIDATES** this matter with ***Hill v. Bayer Corp. et al., 09-0567-DRH*** for only discovery purposes.

**IT IS SO ORDERED.**

Signed this 4th day of September, 2009.

/s/    David R Herndon
**Chief Judge**
**United States District Court**