UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Lauren Gow v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11754-DRH-PMF |
| *Tamra Hicks v. Bayer Corporation, et al.* | No. 3:09-cv-10002-DRH-PMF |
| *Kathleen Kostic v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10280-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 8, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT


BY:  /s/*Cheryl A. Ritter*
     **Deputy Clerk**

**Dated:** January 8, 2015

David R. Herndon
2015.01.08
16:49:21 -06'00'

**APPROVED:**
**U.S. DISTRICT JUDGE**
**U. S. DISTRICT COURT**